## 20627, 20673. WILLIAMS *v.* GUNBY *et al.,* Commissioners; and *vice versa.*

ALMAND, Justice. The main and cross-bills of exceptions are companion cases to cases Nos. 20630 and 20672, ante. All of the rulings therein made are controlling in these cases. The court erred in overruling the general demurrer of the plaintiffs in error.

*Judgment on main bill of exceptions reversed. Cross-bill of exceptions dismissed. All the Justices concur.*

ARGUED SEPTEMBER 15, 1959—DECIDED OCTOBER 9, 1959— REHEARING DENIED NOVEMBER 4, 1959.

*Pittman, Kinney & Pope,* for plaintiff in error.

*Sam Calhoun, D. W. Mitchell, Hardin & McCamy, Kennedy, Kennedy & Seay, Adams & McDonald, Frank Fuller,* contra.